1  ANDRÉ BIROTTE JR.                                         JS-6
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  California Bar No. 149883
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
        U.S. Courthouse, 14th Floor
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213)894-6166
        Facsimile: (213)894-7177
8       E-Mail: Steven.Welk@usdoj.gov

9  Attorneys for Plaintiff
   United States of America

               UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

                       WESTERN DIVISION

UNITED STATES OF AMERICA,      )   NO.  2:11-cv-00559-JHN -JEMx
                               )
         Plaintiff,            )
                               )
         v.                    )
                               )   **CONSENT JUDGMENT OF FORFEITURE**
$30,842.00 IN U.S. CURRENCY,   )
                               )
         Defendant.            )
                               )
ALAA EL BEIALY and SAMAR A.    )
ELKRDY,                        )
                               )
         Claimants.            )
                               )

     This civil forfeiture action was commenced on January 19, 2011.  Notice was given in accordance with law.  Claimants Alaa El Beialy and Samar A. Elkrdy ("Claimants") filed claims and answers February 26, 2011.  No other claims or answers were filed, and the time for filing claims and answers has expired.

Plaintiff and Claimants have reached an agreement that is dispositive of this action, and have requested that this consent judgment be entered.

Pursuant to the agreement of the parties, and good cause appearing therefor, the Court hereby ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Claimants Alaa El Beialy and Samar A. Elkrdy are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The defendant funds shall be disposed of as follows:

    a) The United States of America shall have judgment as to $10,000.00 of the defendant currency, together will all interest earned by the government on that amount, and no other right, title or interest shall exist therein. Said funds shall de disposed of according to law.

    b) The remainder of the defendant currency, together with all interest earned by the government on that amount shall be returned to Claimants in care of James Spertus, their attorney, consistent with federal law.

4. Except as to such rights and obligations created by this Consent Judgment, Claimants hereby release the United States of America, its agencies, agents, and officers, from any and all

claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the Claimants.

5. The Court finds that there was reasonable cause for the seizure of the defendant assets and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: August 29, 2011

_____
THE HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: _____, 2011        ANDRÉ BIROTTE JR.
                                United States Attorney
                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division


                                _____/S/_____
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                Attorneys for Plaintiff
                                United States of America

DATED: _____, 2011        LAW OFFICES OF JAMES W. SPERTUS


                                _____/S/_____
                                JAMES W. SPERTUS

                                Attorney for Claimants
                                Alaa El Beialy and Samar A. Elkrdy